**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TRUST SERVICES, INC.**                                                      **PLAINTIFF**

      **v.**          Civil No. 03-5295

**HORSE POWER EXPRESS, INC.**                                                **DEFENDANT**

### JUDGMENT

On this 19th day of August, 2005, for reasons set forth in a Memorandum Opinion entered contemporaneously herewith,

**IT IS ORDERED** that plaintiff have judgment against defendant in the sum of Nineteen Thousand Three Hundred One and 12/100 Dollars ($19,301.12), same to bear interest at the rate of 3.90% per annum from the date hereof until paid, for all of which execution may issue.

**IT IS SO ORDERED.**

                                                  **/s/ Jimm Larry Hendren**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**